IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

     v.                                     6:18-cr-06050-EAW-1

DEBORAH SIEGEL-EDELMAN,

     Defendant.

_____

**NOTICE OF APPERANCE**

Now comes the undersigned attorney entering his appearance in the above-listed case and asks the clerk of court to list him as attorney of record in the same.

Respectfully Submitted,

/s/ Jeremy Gordon

Jeremy Gordon
Jeremy Gordon, PLLC
1848 Lone Star Road, Suite 106
Mansfield, Texas 76063
Tel: 972-483-4865
Fax: 972-584-9230
Email: Jeremy@gordondefense.com
TX Bar No. 24049810

*Attorney for Deborah Siegel-Edelman*