IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    v.                                                      6:18-cr-06050-EAW-1

DEBORAH SIEGEL-EDELMAN,

        Defendant.
_____

## **CERTIFICATE OF SERVICE**

    I hereby certify that on November 25, 2023, I electronically filed the foregoing with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

1. Sean Eldridge, United States Attorney's Office

                                                     /s/Jeremy Gordon
                                                     Jeremy Gordon